IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY L. THOMPSON PLAINTIFF

v. Civil No. 5:26-cv-05175-DCF-CDC

DEPUTY MCCAIN DEFENDANT

**ORDER**

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve Defendant Deputy McCain. Defendant may be served at 1300 S.W. 14th Street, Bentonville, AR 72712.

Defendant may be served by certified mail with a return receipt requested.

Defendant is to be served without prepayment of fees and costs or security therefor.

Defendant is ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

**DATED** this **4th day of September 2026**.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE